PER CURIAM.
Affirmed. Bruce Construction Corporation v. Federal Realty Corporation, 104 Fla. 93, 139 So. 209 (1932); Vassar v. State, 139 Fla. 213, 190 So. 434 (1939); Dadswell v. State, 186 So.2d 274 (Fla.2d DCA 1966); Joe Hatton, Inc. v. Conner, 247 So.2d 782 (Fla.4th DCA 1971); CIC Leasing Corp. v. Dade Linen and Furniture Co., 279 So.2d 73 (Fla.3d DCA 1973); Mart v. Leibman, 281 So.2d 367 (Fla.3d DCA 1973); Bali v. Papp, 317 So.2d 801 (Fla.4th DCA 1975).